No. 1011. GIDEON *v.* COCHRAN, CORRECTIONS DIRECTOR. Certiorari, *ante,* p. 908, to the Supreme Court of Florida. The motion for the appointment of counsel is granted and it is ordered that *Abe Fortas, Esquire,* of Washington, D. C., a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 1157, Misc. KANE *v.* LAVALLEE, WARDEN;
No. 1206, Misc. WILBORN *v.* CALIFORNIA;
No. 1287, Misc. VAN PELT *v.* CALIFORNIA ET AL.;
No. 1334, Misc. WHITTINGTON *v.* OVERHOLSER, HOSPITAL SUPERINTENDENT;
No. 1343, Misc. HARTFORD *v.* WICK, HOSPITAL DIRECTOR;
No. 1408, Misc. THOMAS *v.* HERITAGE, WARDEN;
No. 1430, Misc. EX PARTE SCHLETTE;
No. 1448, Misc. HAMMOND *v.* LANGLOIS, WARDEN, ET AL.; and
No. 1458, Misc. FARRO *v.* KENTON, WARDEN, ET AL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1183, Misc. SNOW *v.* PATE, WARDEN;
No. 1184, Misc. KING *v.* MCNEILL, HOSPITAL DIRECTOR;
No. 1341, Misc. BLACK *v.* UNITED STATES;
No. 1432, Misc. LAWRENSON *v.* ANDERSON, JAIL SUPERINTENDENT; and
No. 1438, Misc. WOOTEN *v.* BOMAR, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari is denied.

No. 1140, Misc. RYAN *v.* BUCHKOE, WARDEN; and
No. 1429, Misc. PIERRE *v.* CALIFORNIA. Motions for leave to file petitions for habeas corpus and for other relief denied.